IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil File No.: 4:21-cv-44-D

STEFON ROBINSON                              )
      Plaintiff,                            )
                                            )
  v.                                        )    ORDER ALLOWING
                                            )    MANUAL FILING
KINSTON POLICE OFFICER JAMES BEST,           )
in his individual capacity, CITY OF KINSTON, )
and CITY OF KINSTON POLICE                    )
DEPARTMENT                                    )
      Defendants.                           )
_____          )

    Pursuant to the United States District Court for the Eastern District Court of North

Carolina's electronic case filing administrative policies and procedures manual under Section

V.A, the Court finds that audio and video exhibits are unable to be filed electronically.

    Defendants Motion for Leave to File Certain Exhibits Manually is GRANTED, and it is

ordered that these manual filings be accepted as being filed appropriately.

    SO ORDERED. This __16__ day of December, 2022.

                                James C. Dever III
                                United States District Judge