| | |
|---|---|
| STEFON ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CITY OF KINSTON, CITY OF KINSTON )<br>POLICE DEPARTMENT, and JAMES )<br>BEST, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:21-CV-44-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 38]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on August 30, 2023, and Copies To:**

| | |
|---|---|
| Dawn T. Mistretta | (via CM/ECF electronic notification) |
| Stanley B. Green | (via CM/ECF electronic notification) |
| Lindsey Bullard | (via CM/ECF electronic notification) |
| Gabriel Du Sablon | (via CM/ECF electronic notification) |
| James P. Cauley , III | (via CM/ECF electronic notification) |

DATE: August 30, 2023     PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk